■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VAUGHN A. JOHNSON, Appellant. [837 NYS2d 892]—Appeal from a judgment of the Supreme Court, Erie County (Joseph S. Forma, J.), rendered September 28, 2005. The judgment convicted defendant, upon his plea of guilty, of grand larceny in the third degree.

Now, upon reading and filing the stipulation of discontinuance signed by defendant on April 23, 2007 and by the attorneys for the parties on April 24 and 26, 2007,

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed upon stipulation. Present—Scudder, P.J., Hurlbutt, Peradotto, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES D. APOLITO, I, Appellant. [837 NYS2d 893]—Appeal from a judgment of the Niagara County Court (Sara S. Sperrazza, J.), rendered July 31, 2003. The judgment convicted defendant, upon his plea of guilty, of attempted course of sexual conduct against a child in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Hurlbutt, Peradotto, Green and Pine, JJ.